

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00585-CR

Carlos Santos **HUERTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4979
Honorable Ray Olivarri, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 24, 2014.

_____
Marilyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2014.

_____
Keith E. Hottle, Clerk